1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  BERTRAM JAM WESTBROOK,              )   Case No. 1:10-cv-01089 LJO JLT (PC)
                                        )
12          Plaintiff,                  )   ORDER   DENYING   REQUEST   FOR
                                        )   EXPEDITED SCREENING AS MOOT
13      vs.                             )
                                        )   (Doc. 9)
14  MATTHEW CATE, et al.,               )
                                        )
15          Defendants.                 )
    _____    )

16

17         On September 6, 2011, Plaintiff filed a motion for expedited screening of his complaint.  (Doc.

18  9) In it, Plaintiff "reminded" the Court of the amount of time that had passed since he filed the action.

19  Id.

20         Plaintiff is assured the Court is well-aware of his complaint and, in fact, screened it in due course

21  on October 20, 2011.  (Doc. 10)  However, Plaintiff is advised that this Court is one of the busiest in the

22  entire nation and that it carries more prisoner cases that any other court.  Forcing the Court to consider

23  his current request and those like them, merely delay the Court from deciding cases, like his and those

24  brought by other inmates.  In any event, because Plaintiff's complaint has been screened, the motion to

25  expedite screening is **DENIED AS MOOT**.

26  IT IS SO ORDERED.

27  Dated:   **October 28, 2011**                          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
28